**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**David Eugene THOMPSON, Sr.,
Defendant–Appellant.**

No. 09–30288.

United States Court of Appeals,
Ninth Circuit.

Submitted June 29, 2010.*

Filed July 23, 2010.

Helen J. Brunner, Esquire, Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Walter Palmer, Walter G. Palmer Inc., PS, Seattle, WA, for Defendant–Appellant.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

David Eugene Thompson, Sr., appeals from his jury-trial conviction for being a

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Thompson contends that the district court erred by declining to instruct the jury regarding a justification defense. The district court did not abuse its discretion, *see United States v. Perdomo–Espana,* 522 F.3d 983, 986 (9th Cir.2008), because Thompson failed to establish a factual basis for a justification defense. *See United States v. Wofford,* 122 F.3d 787, 790–92 (9th Cir.1997).

Because Thompson is represented by counsel, only counsel may submit filings and we therefore decline to consider the pro se letters received on November 24, 2009, and November 27, 2009.

**AFFIRMED.**